# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) | |
| | ) | |
| Plaintiff, | ) | **CONSOLIDATED CASES** |
| | ) | |
| v. | ) | Case No. 11-2684-JWL |
| | ) | |
| COMCAST CABLE COMMUNICATIONS, LLC, et al., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-2685-JWL |
| | ) | |
| CABLE ONE, INC., et al., | ) | |
| | ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-2686-JWL |
| | ) | |
| TIME WARNER CABLE INC., et al., | ) | |
| | ) | |
| Defendant. | ) ) | |

**ORDER APPROVING STIPULATION
PURSUANT TO FED. R. EVID. 502(e)**

Pursuant to Fed. R. Evid. 502(e), the Court approves the stipulation of the Time Warner Cable Defendants ("TWC") and Sprint related to Sprint's deposition of attorney Seth Ostrow in the Comcast (11-2684) case. The stipulation between Sprint and TWC is as follows:

1. TWC does not waive any privilege by virtue of its failure to instruct Mr. Ostrow not to answer a question.

2. To whatever extent Sprint intends to use any information Mr. Ostrow provides against TWC for any purpose, Sprint will first identify to TWC the information it intends to use and the manner in which Sprint intends to use it, and will provide TWC with a reasonable opportunity to assert privilege in order to prevent its use. If TWC asserts privilege, Sprint will not use any Ostrow- provided information as to which privilege is asserted against TWC for any purpose in the absence of a Court ruling that no such privilege exists.

3. Mr. Ostrow's deposition will be designated highly confidential, outside counsel eyes only pursuant to the protective order.

The stipulation is approved.

IT IS SO ORDERED.

Dated June 21, 2017, at Kansas City, Kansas.

                                                  s/ James P. O'Hara  
                                                  Hon. James P. O'Hara  
                                                  United States Magistrate Judge

Prepared and submitted by:

BARBER EMERSON, L.C.

By  s/ Terrence J. Campbell
 Terrence J. Campbell - #18377
 tcampbell@barberemerson.com
 Catherine C. Theisen - #22360
 ctheisen@barberemerson.com
 1211 Massachusetts Street
 P.O. Box 667
 Lawrence, KS  66044
 Tele:   (785) 843-6600
 Fax:    (785) 843-8405
 ***Attorney for Time Warner Cable Defendants***